In the Matter of the Application of Henry Bufton, Respondent, for a Special Town Meeting of the Town of Parma, Monroe County, N. Y., for a Resubmission to the Electors of Said Town of the Local Option Questions Provided by

Section 16 of the Liquor Tax Law.* William Randall, Appellant; State Commissioner of Excise, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.